83,580-01

October 02, 2015

Court of Criminal Appeals
Clerk of Court - Abel Acosta
P.O. Box 12308, Capitol Station
Austin, TX 78711


Dear Honorable Clerk Acosta:

    Please find enclosed an Amendment to Writ of Mandamus in No.
WR-83,530-01 in Cause No. 1131353-B to be considered by the Honor-
able Court of Criminal Appeals. Wherefore, the trial court has
transmitted the Habeas record in said Cause number without a full
and fair hearing as Supreme Court decisions allow Realtor to devel-
op the record.

    I request at this time that you file this Amendment with the
original Writ of Mandamus because the trial court has already trans-
mitted my 11.07 Application, exhibits, memorandum of law, etc for
this Court's rulling. I need this Amendment to be included with my
original writ of mandamus.

    Thank you very much for your kind assistance in this matter. I
have enclosed a S.A.S.E. for your convience so that you can return
a file/date stamped copy of this letter to me.

    I have also sent a copy to the District Clerk, Chris Daniel,
Harris County, Texas.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

Respectfully Requested,

_Thomas E. McDonnel_
Thomas E. McDonnel #1562227
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, TX 77515

October 02, 2015


Chris Daniel
Harris County, District Court - Clerk
1201 Franklin St.
Houston, TX 77002



RE: Amended Writ of Mandamus to be served on Judicial District Court
    248th.


Dear Mr. Daniel:

    Please find enclosed a copy of Realtors Amendment to his Writ
of Mandamus No. WR-83,530-01 and file it with your office and
present it upon the 248th Judicial District Court.


Thank you for your assistance.


Respectfully Requested,


Thomas E. McDonnel #1562227
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, TX 77515

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

---

THOMAS E. McDONNEL
TDCJ-ID #1562227
Realtor,       NO. WR-83,530-01

v.

HARRIS COUNTY DISTRICT JUDGE
DISTRICT COURT 248th JUDICIAL DISTRICT
HONORABLE JUDGE KATHERINE CABANIS
IN HER OFFICIAL CAPACITY
Respondant

---

NO. WR-83,530-01
CAUSE NO. 1131353-B
248th JUDICIAL COURT OF
HARRIS COUNTY, TEXAS

AMENDMENT TO APPLICATION FOR WRIT OF MANDAMUS
IN WR-83,530-01 CAUSE NO. 1131353-B

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas E. McDonnel, Realtor pro se, in the above styled and numbered cause of action and files this Amendment to Application for Writ of Mandamus in WR-83,530-01 Cause No. 1131353-B, pursuant to Article 11.07 §3(c) of the Texas Code of Criminal Procedure (T.C.C.P.) and would show the Court the following:

I.

Thomas E. McDonnel, TDCJ-ID #1562227, is an offender incarcerated in the Texas Department of Criminal Justice, and is appearing pro se, who can be located at the Wayne Scott Unit, Brazoria County, Texas 77515. Realtor has exhausted his remedies and has no other adequate remedies at law.

(1)

The act sought is ministerial and not discretionary in nature. T.C.C.P. Art. 11.07 §3(d) requires REspondant to "resolve" the issues set out in the order designating issues and then have the District Clerk submit the record on such Application.

On September 7, 2010, the State of Texas, by and through its court Judge, Joan Campbell, pursuant to T.C.C.P. Art. 11.07 §3(d) designated the following issues needing to be resolved: (1) whether the Applicant was denied effective assistance of counsel.

On September 25, 2013, the State of Texas, by and through its court Judge, pursuant to T.C.C.P. Art. 11.07 §3(d) designated the following issues needing to be resolved on Applicant's amended 11.07: (2) Prosecutor misconduct by DA addressing the Jurors on Applicant's failure to testify.

On July 8, 2015, Judicial District Court 248th, at the time the Realtor filed his Mandamus in the Court of Criminal Appeals had neglected to perform its ministerial duty of resolving the issues.

On August 26, 2015, the Court of Criminal Appeals of Texas, ordered the Respondant, Judge Cabanis, of said Court (248th Judicial District Court) to respond to Realtors mandamus by filing a response with this Court and to submit the record on such Habeas Corpus Application. In the alternative, the Respondant may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application. In either case, the Respondant's answer shall be submitted within 30 days of the date of this order. This Writ of Mandamus will be held in abeyance until the Respondant has submitted her resonse. Filed August 26, 2015.

(2)

The Honorable Judge Joan Campbell who presided over the trial proceedings, issued order which were signed by the same, to serve the purpose of designating issues on both, the original 11.07 and the amended 11.07, in order to further develop the record. Applicant has filed numerous letters of inquiry and motions sent to the court between January 12, 2012 and November 2014.

On August 26, 2015, the date in which this Honorable Court issued its order under WR-83,530-01, the presiding Judge of Judicial District Court 248th is not the trial Judge whom presided over Realtor's trial . This current Judge has so ruled in Cause No. 1131353-B by accepting the affidavit of Realtor's defense counsel and also by accepting the State's order submitted by the Assistant District Attorney, Jill Burdette ID #24055492. The record cannot disclose counsel's erroneous reason for not investigating the case nor the fact that she did not, nor could not, call potential witnesses who could help Realtor's case.

Realtor has such need of a "Live Plenary Evidentiary Hearing" to further develop the record as to "Prosecutor Misconduct" of addressing Jurrer Jurors personally and commenting on Realtor's failure to testify and trial court's ineffectiveness of trial counsel by failing to investigate the case and failing to call witnesses to help his cause.

II.

## VIOLATION OF U.S. SUPREME COURT DECISIONS

The United State's Supreme Court's decisions require that the

(3)

trial court allow Realtor to develop the factual basis of his claims. TOWNSEND v. SAIN, 372 U.S. 293 (1963)(held: on the record in this case the District Court erred in denying a Writ of Habeas Corpus without a "Plenary Evidentiary Hearing". 372 U.S. 295-322); see also BLACKLEDGE v. ALLISON, 97 S.Ct. 1621, 1633 (1977)(But Allison is entitled to careful considerations and Plenary processing of his claim). Including full opportunity for presentation of relevant facts.

The trial court is not free to ignore Supreme Court decisions. HIGHWARDEN v. STATE, 846 S.W.2d 479, 481 (TexApp Hou [14th Dist] 1993). Therefore, the trial court is required by Supreme Court decision to allow Realtor to develop the facts from every source that has personal knowledge of factual allegations within his Habeas application. See BROWN v. JOHNSON, 324 F.3d 461, 467 (5th Cir. 2000).

It will be impossible for a fair and full hearing in this case to be totally dependant upon a paper hearing by affidavits. Trial counsel cannot be expected to admit her own ineffectiveness. See ALSTON v. GARRISON, 720 F.2d 812, 816 (5th cir. 1983). It will therefore, require the extensive knowledge and skills of another attorney to test the credibility of his/her answers in a crucial cross-examination.

With this in mind, Federal Courts have consistently ruled "a Judge that did not conduct the trial is 'DISQUALIFIED' to judge the credibility of affidavits in Habeas proceedings by the trial counsel, DA's or witnesses, etc. This is true because only the trial judge has first hand knowledge to compose the facts that are in said affidavits to what actually took place at trial." PERILLO v.

(4)

JOHNSON, 79 F.3d 441, 446 (5th Cir. 1986).

State Court Habeas findings of fact are presumed correct "only" when there has been a full and fair hearing. 28 U.S.C. §2254(d); ARMSTEAD v. SCOTT, 61 F.3d 333, 347 (5th Cir. 1995). Additionally, if these presently unresolved issues are not resolved by the trial court during a Live Evidentiary Hearing, it will deny Realtor a fair and full opportunity to resolve them.

The Court of Criminal Appeals will grant mandamus relief when a Realtor shows: 1) that the act sought to be compelled is purely ministerial and 2) that there is no adequate remedy at law. WINTERS v. PRESIDING JUDGE OF THE CRIM. DIST. COURT No. #(3) THREE, 118 S.W.3d 773, 775 (Tex.Crim.App. 2003); BEARSON v. DIST. CLERK, 331 S.W.3d 431.

Additionally "the Realtor must have a clear right to the relief sought", "meaning that the merits of the relief sought is beyond dispute." IN RE RODRIGUEZ, 77 S.W.3d at 461. The requirement of a clear legal right necessitates that the law plainly describes the duty to be performed such that there is no room for the exercise to be discretion.

WHEREFORE, PREMISES CONSIDERED, Realtor prays that this motion in all things be granted Hereby ordering the trial court to host a Live Plenary Evidentiary Hearing in Realtor's cause No. 1131353-B as required by Supreme Court decisions. Where Realtor seeks to develop factual basis of his claims "Prosecutorial Misconduct against trial-counsel the DA and Ineffectiv Assistance of Counsel against trial counsel", that if true entitle Realtor to relief. And order

(5)

trial court to issue a Bench Warrant for Realtor so he can personally attend this hearing. And any other or additional relief he is justly entitled to. It is so prayed.

## UNSWORN DECLARATION

I, Thomas E. McDonnel, TDCJ-ID #1562227, presently incarcerated at the Wayne Scott Unit of the Texas Department of Criminal Justice, Brazoria County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

EXECUTED on this 2nd day of October 2015.

Respectfully Submitted,

Thomas E. McDonnel #1562227
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Texas 77515

Realtor pro se

## CERIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above application for Writ of Mandamus Amendment was served on 248th Judicial District Judge presiding, by placing a copy in the U.S. Mail addressed to: Chris Daniel, District Clerk of Court, 1201 Franklin St., Houston, Texas 77002 on this the 2nd day of October 2015.

Realtor                    #1562227

(6)